JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 810 -- In re Burger King Corp./Mid America Restaurant Associates Contract Litigation

| DATE | REF. | Pleading Description |
|------|------|----------------------|
| 89/05/30 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS (A-1 - A-4), EXHIBITS and CERT. OF SERVICE -- filed by defendant Mid America Restaurant Associates -- SUGGESTED TRANSFEREE DISTRICT: N.D. ILLINOIS (cds) |
| 89/06/07 | 2 | RESPONSE (to pldg. #1) -- pltf. Burger King Corporation w/notice of filing and cert. of svc. (ds) |
| 89/06/09 | | APPEARANCES: N. ROSIE ROSENBAUM, ESQ. for Burger King Corporation and MIRIAM F. MIQUELON, ESQ. for Mid America Restaurant Associates (rh) |
| 89/06/15 | | HEARING ORDER -- Setting moiton to transfer for Panel Hearing on July 27, 1989 in Seattle, Washington (rh) |
| 89/07/26 | | WAIVERS OF ORAL ARGUMENT: (Hearing on 7/27/89 in Seattle, Washington) -- ALL WAIVED (rh) |
| 89/08/10 | | CONSENT OF TRANSFEREE COURT -- Consenting to the assignment of litigation to the Honorable John A. Nordberg for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 (ds) |
| 89/08/10 | | TRANSFER ORDER -- transferring A-1 Burger King Corp. v. Mid America Restaurant Assoc., S.D. Fla., C.A. No. 89-0943-CIV; A-2 Burger King Corp. v. Mid America Restaurant Assoc., S.D. Miss., C.A. No. S-89-0326-(G) and A-3 Burger King Corp. v. Mid America Restaurant Assoc., E.D. Va., C.A. No. 89-678-A to the Northern District of Illinois for pretrial proceedings -- Notified involved clerks, judges, counsel and misc. recipients. (ds) |
| 89/10/06 | 3 | MEMO -- from E.D. Virginia -- W/COPY OF E.D. VIRGINIA DISMISSAL ORDER -- re A-3 Burger King Corp. v. Mid American Restaurant Associates, E.D. Virginia, C.A. No. 89-678-A (cds) |
| 89/10/06 | | ORDER PARTIALLY VACATING TRANSFER ORDER -- re A-3 Burger King Corp. v. Mid American Restaurant Associates, E.D. Virginia, C.A. No. 89-678-A, which was dismissed prior Panel's August 10, 1989 transfer order -- Notified involved judges, clerks and counsel (cds) |

JPML Form 1

Revised: 8/78

DOCKET NO. __810__ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Burger King Corp./Mid America Restaurant Associates Contract Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| July 27, 1989 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Aug. 10, 1989 | T.O. | Unpublished | N.D. Illinois | John A. Nordberg | |

### Special Transferee Information

DATE CLOSED: _12/7/89_

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. __810__ -- In re Burger King Corp./Mid America Restaurant Associates Contract Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Burger King Corp. v. Mid America Restaurant Associates | Fla.,S. *Spellman* | 89-0943-CIV | 8-10-89 | 89 C 7150 | 12/7/89 D | |
| A-2 | Burger King Corp. v. Mid America Restaurant Associates | Miss.,S. *G ex* | S-89-0326 (G) | 8-10-89 | 89 C 3711 | 12/7/89 D | |
| A-3 | Burger King Corp. v. Mid America Restaurant Associates | Va.,E. | 89-678-A | 8-10-89 | *dismissed prior to transfer* | | *6/14/89* |
| A-4 | Burger King Corp. v. Mid America Restaurant Associates | Ill.,N. Nordberg | 89-C-3711 | — | — | 12/7/89 D | |

*July 1990 – 2 TR / 1 xfr / 3 dis / Litigation Closed*

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __810__ -- In re Burger King Corp./Mid America Restaurant Associates Contract

Litigation

BURGER KING CORPORATION (A-1 - A-4)
N. Rosie Rosenbaum, Esq.
McDermott, Will & Emery
111 West Monroe Street
Chicago, Illinois  60603


MID AMERICA RESTAURANT ASSOCIATES
Miriam F. Miquelon, Esq.
Keck, Mahin & Cate
8300 Sears Tower
233 South Wacker Drive
Chicago, Illinois  60606