JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

AUG 10 1989

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 810

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE BURGER KING CORP./MID AMERICA RESTAURANT ASSOCIATES CONTRACT LITIGATION

TRANSFER ORDER*

Before the Panel is a motion by defendant Mid America Restaurant Associates to centralize the four actions listed on the attached Schedule A in the Northern District of Illinois for coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407. Burger King Corp., the plaintiff in the four actions and the only other party in this docket, acquiesces in the Section 1407 transfer motion. On the basis of the papers filed,[1/] the Panel finds that these four actions involve common questions of fact, and that centralization of these actions in the Northern District of Illinois will serve the convenience of the parties and witnesses and will promote the just and efficient conduct of this litigation.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the Northern District of Illinois be, and the same hereby are, transferred to the Northern District of Illinois and, with the consent of that court, assigned to the Honorable John A. Nordberg for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

\*   Judge Louis H. Pollak took no part in the decision of this matter.

[1/]   The parties waived oral argument and accordingly the question of transfer of these actions was submitted on the briefs. Rule 17, R.P.J.P.M.L., 120 F.R.D. 251, 262 (1988).

Schedule A

<u>MDL-810 -- In re Burger King Corp./Mid America Restaurant Associates
      Contract Litigation</u>

    <u>Southern District of Florida</u>

<u>Burger King Corp. v. Mid America Restaurant Associates</u>,
C.A. No. 89-0943-CIV

    <u>Southern District of Mississippi</u>

<u>Burger King Corp. v. Mid America Restaurant Associates</u>,
C.A. No. S-89-0326(G)

    <u>Eastern District of Virginia</u>

<u>Burger King Corp. v. Mid America Restaurant Associates</u>,
C.A. No. 89-678-A

    <u>Northern District of Illinois</u>

<u>Burger King Corp. v. Mid America Restaurant Associates</u>,
C.A. No. 89-C-3711

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

OCT -6 1989

DOCKET NO. 810

PATRICIA D. HOWARD
CLERK OF THE PANEL

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE BURGER KING CORP./MID AMERICA RESTAURANT ASSOCIATES CONTRACT LITIGATION

Burger King Corp. v. Mid America Restaurant Associates, E.D. Virginia, C.A. No. 89-678-A

ORDER PARTIALLY VACATING TRANSFER ORDER

On August 10, 1989, the Panel entered an order under 28 U.S.C. §1407 centralizing this litigation, including the above-captioned action, in the Northern District of Illinois for centralized pretrial proceedings. On June 14, 1989, however, the Virginia court dismissed the above-captioned action without prejudice, pursuant to a stipulation by the parties. Thus at the time of entry of the Panel's order, the question of Section 1407 transfer with respect to the above-captioned action was moot.

IT IS THEREFORE ORDERED that the Panel's August 10, 1989, order of transfer entered in this docket be, and the same hereby is, VACATED, insofar as it pertains to the above-captioned action.

FOR THE PANEL:

_Andrew A. Caffrey_
Andrew A. Caffrey
Chairman